UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTER TERRORIST GROUP US, and J.K. IDEMA,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATED PRESS, ASSOCIATED PRESS TV NEWS, PAUL HAVEN, STEPHEN GRAHAM, JASON STRAZZIO, AMIR SHAH, JOHN DOES 1-7<br><br>Defendants. | Hon. Deborah A. Batts<br><br>Civil Action No. 07-CV-6299 (DAB)<br><br>**NOTICE OF APPEARANCE** |

The undersigned hereby enters his appearance in the matter on behalf Plaintiffs Counter Terrorist Group US and J.K. Idema.

Dated: October 17, 2007

Respectfully submitted,

/s/ Vijayant Pawar

**Vijayant Pawar (VP-7642)**

**Law Offices of
VIJAYANT PAWAR**
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Phone – (973) 267-4800
Fax -  (973) 215-2882