UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| COUNTER TERRORIST GROUP US and J. K. IDEMA,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASSOCIATED PRESS, ASSOCIATED PRESS TV NEWS, PAUL HAVEN, STEPHEN GRAHAM, JASON STRAZZIO, AMIR SHAH, JOHN DOES 1-7.<br><br>    Defendants. | Index No. 07-CV-6299 (DAB)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Associated Press states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock, and Defendant Associated Press Television News, Inc. states that it is an indirect wholly-owned subsidiary of The Associated Press and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
    October 25, 2007

                Respectfully submitted,

                LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.


                By: /s/ Gayle C. Sproul
                   David A. Schulz
                   Gayle C. Sproul
                   Michael Berry (*Pro Hac Vice Motion Filed*)
                321 West 44th Street, Suite 510
                New York, New York 10036
                (212) 850-6100

                *Attorneys for Defendants Associated Press*
                *and Associated Press Television News, Inc.*

**CERTIFICATE OF SERVICE**

     I, Gayle C. Sproul, hereby certify that on this 25th day of October, 2007, I caused a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be served upon the following counsel of record via the Court's ECF system:

> John E. Tiffany, Esquire
> The Robert Treat Center
> 50 Park Place, 10th Floor
> Newark, New Jersey 07102
>
> Vijayant Pawar
> Law Offices of VIJAYANT PAWAR
> 35 Airport Road, Suite 330
> Morristown, New Jersey 07960

                                        /s/ Gayle C. Sproul
                                          Gayle C. Sproul