**Exhibit C**

1  RODI, POLLOCK, PETTKER, GALBRAITH
   & CAHILL, A Law Corporation
2  ALLAN E. CERAN (SBN 93303)
   444 South Flower Street, Suite 1700
3  Los Angeles, California 90071-2901
   Telephone: (213) 895-4900
4  Facsimile: (213) 895-4921

5  OF COUNSEL:
   MINTZ & GOLD LLP
6  STEVEN G. MINTZ
   444 Park Avenue South, 11th Floor
7  New York, New York 10016
   Telephone: (212) 696-4848
8  Facsimile: (212) 696-1231

9  Attorneys for Defendants
   FOX NEWS NETWORK LLC and
10 FOX ENTERTAINMENT GROUP, INC.

11

12          SUPERIOR COURT OF THE STATE OF CALIFORNIA

13                FOR THE COUNTY OF LOS ANGELES

14

15 J. KEITH IDEMA,                    | CASE NO. BC 296228
16         Plaintiff,                 | ASSIGNED FOR ALL PURPOSES TO:
                                      | THE HON. WILLIAM F. FAHEY
17 v.
18 FOX NEWS NETWORK LLC; FOX          | **JUDGMENT OF DISMISSAL**
   ENTERTAINMENT GROUP, INC.;         | [PROPOSED]
19 EDWARD A. ARTIS; KNIGHTSBRIDGE
   INTERNATIONAL HUMANITARIAN
20 RELIEF AND HUMAN IMPROVEMENT
   PROGRAMS, INC.; JOSEPH A. CAFASSO;
21 ROBERT C. MORRIS, JR.; PARTNERS
   INTERNATIONAL FOUNDATION; and
22 DOES 1-20,                         | Complaint filed: May 22, 2003
                                      | Trial Date: None set
23         Defendants.

24

25     It appearing from the files and records of this action that, while the anti-SLAPP motion to

26 strike of defendants Fox News Network LLC and Fox Entertainment Group, Inc. was pending,

27 plaintiff J. Keith Idema filed with the clerk of this Court a request for entry of dismissal of the

28 entire first amended complaint as to defendants Fox News Network LLC and Fox Entertainment

---
1
JUDGMENT OF DISMISSAL [PROPOSED]

1  Group, Inc. only, and that pursuant thereto dismissal as to defendants Fox News Network LLC
2  and Fox Entertainment Group, Inc. was entered by the said clerk on December 4, 2003, and good
3  cause appearing,
4      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed
5  as to defendants Fox News Network LLC and Fox Entertainment Group, Inc., that judgment is
6  awarded in favor of defendants Fox News Network LLC and Fox Entertainment Group, Inc. and
7  against plaintiff J. Keith Idema, and that defendants Fox News Network LLC and Fox
8  Entertainment Group, Inc. shall recover against plaintiff J. Keith Idema (1) their costs of suit
9  incurred herein in the amount of $605.00, pursuant to their memorandum of costs, and (2) their
10 attorney's fees in the amount of $20,000.00 as the prevailing parties on their anti-SLAPP motion to
11 strike.

DATED: 2-6-04

WILLIAM F. FAHEY

Judge of the Superior Court

269318_1.doc

JUDGMENT OF DISMISSAL [PROPOSED]