**Exhibit D**

1  Michael L. Sandford, State Bar No. 67442
   LAW OFFICES OF MICHAEL L. SANDFORD, INC.
2  205 East Figueroa Street
   Santa Barbara, CA  93101
3  Tel. (805) 962-4413
   Fax. (805) 568-1641
4  Email: mls@silcom.com

5  Attorneys For Defendants and Cross-Complainants
   EDWARD ARTIS, KNIGHTSBRIDGE INTERNATIONAL
6  HUMANITARIAN RELIEF AND HUMAN
   IMPROVEMENT PROGRAMS, INC.

7

LOS ANGELES SUPERIOR COURT
JUL 1 8 2005
JOHN A. CLARKE, CLERK
BY O. CHAVEZ, DEPUTY

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                FOR THE COUNTY OF LOS ANGELES- CENTRAL DISTRICT

10

11 | J. KEITH IDEMA,                          ) CASE NO.  BC 296228
                                              )
12 |                                          ) [Assigned For All Purposes to
           Plaintiff,                         )  Judge Irving S. Feffer]
13 |                                          )
                                              ) ORDER COMPELLING PLAINTIFF TO (1)
14 |            vs.                           ) RESPOND TO WRITTEN DISCOVERY
                                              ) PROPOUNDED BY DEFENDANT EDWARD A.
15 |                                          ) ARTIS AND (2) AWARDING MONETARY
   FOX NEWS NETWORK,LLC; FOX                  ) SANCTIONS AGAINST PLAINTIFF
16 | ENTERTAINMENT GROUP, INC.;               )
   EDWARD A. ARTIS; KNIGHTSBRIDGE             )
17 | INTERNATIONAL HUMANITARIAN               )
   RELIEF AND HUMAN IMPROVEMENT               )
18 | PROGRAMS, INC.; JOSEPH A.                )
   CAFASSO; ROBERT C. MORRIS,                 ) Complaint Filed: May 22,2003
19 | JR.; PARTNERS INTERNATIONAL              ) First Amended Complaint Filed:
   FOUNDATION; and DOES 1-20,                 )          July 14, 2003
20 |                                          ) Final Status Conf.: June 15,2005
                                              ) Trial Date: August 2, 2005
21 |      Defendants.                         ) Department:  51
                                              )
22 |_____    )
                                              )
                                              ) Date: July 18, 2005
23 | AND RELATED CROSS-ACTION                 ) Time: 8:45 a.m.
                                              ) Dept.: 51
24 |_____

25     The hearing on the motion of defendant and cross-complainant

26 EDWARD A. ARTIS ("ARTIS") for an order (1) compelling plaintiff J.

27 KEITH IDEMA ("IDEMA") to serve full, complete and verified

28                                    -1-

ORDER ON MOTION BY DEFENDANT ARTIS COMPELLING DISCOVERY RESPONSES BY PLAINTIFF

ORIGINAL

1  responses to the written discovery served by ARTIS and (2) imposing
2  monetary sanctions against plaintiff IDEMA came on for hearing on
3  July 18, 2005 pursuant to the order shortening time previously
4  entered by the Court on July 8, 2005. Michael L. Sandford, Esq.
5  appeared for the moving party and Francis Pizzulli, Esq. appeared
6  for the plaintiff and opposing party. No written opposition or
7  other opposing papers to the motion were filed by plaintiff IDEMA.

8  After considering the contents of the moving papers, the
9  contents of the Court's file, the lack of opposition to the motion
10 and the arguments and statements of counsel, the Court enters the
11 following order:

12  1. Plaintiff J. KEITH IDEMA shall serve full, complete and
13 verified responses, without objection of any type, to the written
14 discovery served on him by ARTIS including the Form
15 Interrogatories; Form Interrogatory 17.1 served in conjunction with
16 the Requests for Admissions (Set One); the Special Interrogatories
17 (Set One); the Request for Production of Documents (Set One); the
18 Request for Production of Documents (Set Two) and the Request for
19 Production of Documents (Set Three). Said verified responses shall
20 be served by either by facsimile, personal delivery or other means
21 to insure that counsel for ARTIS has possession of such verified
22 responses at his office in Santa Barbara, California by no later
23 than the close of business on July 25, 2005.

24  2. The verified responses to the foregoing discovery from
25 plaintiff IDEMA shall include legible copies of any and all
26 documents responsive to any of the discovery requests.

27  3. All of the responses served in accordance with this Order

-2-

ORDER ON MOTION BY DEFENDANT ARTIS COMPELLING DISCOVERY RESPONSES BY PLAINTIFF

1  shall be completed and prepared in accordance with the California
2  Discovery Statutes and the California Rules of Court; shall be
3  signed by both counsel for plaintiff IDEMA and by plaintiff IDEMA
4  himself and shall contain the appropriate verification and proof of
5  service in accordance with this Order.  Facsimile signatures are
6  acceptable so long as the original signatures are sent to ARTIS's
7  counsel, on the same day as they are signed, by overnight delivery
8  service to insure receipt by ARTIS' counsel within three business
9  days after the facsimile signature page or pages are sent.
10       4.  Monetary sanctions in the amount of $2,286.30 are awarded
11 by the Court in favor of ARTIS, as the prevailing party in the
12 motion, against plaintiff IDEMA. Said sanctions include
13 reimbursement of the attorneys' fees, court costs and expenses
14 incurred in the preparation, filing, service and prosecution of
15 this motion by ARTIS and in obtaining compliance with the discovery
16 requests by plaintiff IDEMA.  Said amount of sanctions shall be
17 paid by plaintiff IDEMA to ARTIS, in care of ARTIS' counsel, by no
18 later than the close of business on July 25, 2005.

21 Dated: July ___, 2005

_____
Irving S. Feffer
Judge of the Superior Court

27 \\Mlsxp\wp\Artis\Idema\Pleadings\OrderMotDiscArtis.pld..wpd
28                                  -3-

ORDER ON MOTION BY DEFENDANT ARTIS COMPELLING DISCOVERY RESPONSES BY PLAINTIFF