**Exhibit E**

FILED
APR 28 199?
DAVID W. DANIEL, CLERK
US DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:95-CV-104-BR(1)

PATRICIA DAWN GLOSSON, )
)
    Plaintiff, )
)
v. )   O R D E R
)
EQUIFAX CREDIT INFORMATION )
SERVICES, INC., )
)
    Defendants. )

    This matter is before the court for the imposition of sanctions against plaintiff, Patricia Dawn Glosson ("Glosson") and Jonathan Keith Idema ("Idema") pursuant to Rule 11 of the Federal Rules of Civil Procedure. By Order filed 14 August 1996, the undersigned ordered Glosson and Idema "to file memoranda, affidavits, and/or other documents on or before 23 September 1996 to SHOW CAUSE, if any they have, why sanctions should not be imposed . . . ." To date, neither Glosson nor Idema has filed any such documents with the court, nor presented any other arguments why sanctions should not be imposed against them.

    Therefore, for the reasons stated in the 14 August 1996 order, Glosson and Idema are hereby ORDERED to pay a monetary sanction to defendant in the amount of reasonable costs and fees incurred by defendant in the defense of this action. Defendant shall submit the necessary billing records and other documentation supporting the costs and fees expended within ten (10) business days from the date of this order. Glosson and Idema will be

1

afforded ten (10) business days from the date of defendant's filing to submit a brief in response to the amount claimed.

This 18 April 1997.

                                  W. EARL BRITT
                                  United States District Judge

I certify the foregoing to be a true and correct copy of the original.
Clerk
United States District Court
Eastern District of North Carolina

By _____ Deputy Clerk

2

```
                UNITED STATES DISTRICT COURT          FILED
              EASTERN DISTRICT OF NORTH CAROLINA
                      WESTERN DIVISION              APR 28 1997

                                                  DAVID W. DANIEL, CLERK
PATRICIA DAWN GLOSSON          )                     U.S. DISTRICT COURT
                               )                      E. DIST. NO. CAR
              Plaintiff,       )
                               )
    v.                         )        JUDGMENT
                               )
                               )        No. 5:95-CV-104-BR(1)
                               )
EQUIFAX CREDIT INFORMATION     )
SERVICES, INC.                 )
                               )
              Defendant        )
```

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that Patricia Dawn Glosson and Jonathan Keith Idema are ordered to pay a monetary sanction to defendant in the amount of reasonable costs and fees incurred by defendant in the defense of this action.

THIS JUDGMENT FILED AND ENTERED ON APRIL 28, 1997 & COPIES TO:

Patricia Dawn Glosson
4806 Cottonwood Dr
Fayetteville, NC 28304

Michael Weddington, Esq.
Smith, Anderson, et al.
P. O. Box 2611
Raleigh, NC 27602

Jonathan Keith Idema
#14220-056
Federal Correctional Institute
P. O. Box 1000
Milan, MI 48160

April 28, 1997                       DAVID W. DANIEL, CLERK

                                     _____
                                     (By) Deputy Clerk

112