UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

| | |
|---|---|
| COUNTER TERRORIST GROUP US and J. K. IDEMA, | : Index No. 07-CV-6299 (DAB) |
| Plaintiffs, | : |
| v. | : **NOTICE OF APPEARANCE** |
| ASSOCIATED PRESS, ASSOCIATED PRESS TV NEWS, PAUL HAVEN, STEPHEN GRAHAM, JASON STRAZZIO, AMIR SHAH, JOHN DOES 1-7. | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x


To the Clerk of this court and all parties of record:

 Please enter our appearance as counsel in this case for defendants The Associated Press and Associated Press Television News, Inc. We certify that we are admitted to practice in this Court.


Dated: New York, New York
   October 25, 2007

                 Respectfully submitted,

                 LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.


                 By: /s/ David A. Schulz
                    David A. Schulz
                    Gayle C. Sproul

                 321 West 44th Street, Suite 510
                 New York, New York 10036
                 (212) 850-6100

                 *Attorneys for Defendants Associated Press*
                 *and Associated Press Television News, Inc*

## **CERTIFICATE OF SERVICE**

I, Gayle C. Sproul, hereby certify that on this 25th day of October, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon the following counsel of record via the Court's ECF system:

>John E. Tiffany, Esquire
>The Robert Treat Center
>50 Park Place, 10th Floor
>Newark, New Jersey 07102
>
>Vijayant Pawar
>Law Offices of VIJAYANT PAWAR
>35 Airport Road, Suite 330
>Morristown, New Jersey 07960

                                      /s/ Gayle C. Sproul
                                      Gayle C. Sproul