AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |

Counter Terrorist Group US, and
J. K. Idema,,

V.

ASSOCIATED PRESS, ASSOCIATED PRESS
TV NEWS, PAUL HAVEN, STEPHEN GRAHAM
JASON STRAZZIO, AMIR SHAH, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CIV-_____

07 CV 6299

TO: (Name and address of Defendant)

STEPHEN GRAHAM, DEFENDANT
450 W. 33rd St.
New York, NY 10001.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                   JUL 09 2007

CLERK                                                6/30/2007
_____                     DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10-5-07 |
| NAME OF SERVER (PRINT) Brooke Murphy | TITLE Process Server for Att Tiffany |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

450 W 33rd ST NYC, NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): SERVED UPON CORPORATE COUNSEL PRITI DOSHI ESQ.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-5-07
             Date                    Signature of Server

             PJB 88 Little Falls R, NY NJ
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.