```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COUNTER TERRORIST GROUP US and J. K. IDEMA,

                     Plaintiffs,

                v.

ASSOCIATED PRESS, ASSOCIATED PRESS TV NEWS, PAUL HAVEN, STEPHEN GRAHAM, JASON STRAZZIO, AMIR SHAH, JOHN DOES 1-7,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 07-CV-6299 (DAB)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITEN MOTION**

Upon the motion of Gayle C. Sproul, attorney for The Associated Press and Associated Press TV News, Inc., and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Michael Berry |
| Firm Name: | Levine Sullivan Koch & Schulz, L.L.P. |
| Address: | 2112 Walnut Street, Third Floor |
| City/State/Zip: | Philadelphia, Pennsylvania 19103 |
| Telephone: | (215) 988-9773 |
| Email Address: | mberry@lskslaw.com |

RECEIVED NOV - 2 2007 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.

is admitted to practice pro hac vice as counsel for The Associated Press and Associated Press TV News, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: **November 7, 2007**

*Deborah A. Batts*
Batts, U.S.D.J.